# ALABAMA COURT OF CRIMINAL APPEALS



July 19, 2024

**CR-2023-0305**
Dhalquistier Eichelberger v. State of Alabama (Appeal from Limestone Circuit
Court: CC-22-106)

## NOTICE

You are hereby notified that on July 19, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk